UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH LEE MILLER,<br>　　　　Petitioner,<br>　v.<br>R. SIELINGER, et al.,<br>　　　　Respondents. | Case No. 23-cv-02889-JD<br><br>**ORDER RE DISMISSAL** |

Petitioner, a state prisoner acting pro se, filed a habeas petition. Petitioner was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days has passed, and petitioner has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the Court. The case is dismissed without prejudice. A certificate of appealability is denied.

**IT IS SO ORDERED.**

Dated: August 2, 2023

JAMES DONATO
United States District Judge